IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 20-129-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JERRY SALAZAR JR., | |
| Defendant. | |

The United States has filed an Unopposed Motion for Dismissal of Forfeiture Proceedings (Doc. 33). For good cause being shown,

IT IS HEREBY ORDERED that the forfeiture action in the above-captioned case is **DISMISSED with prejudice**.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 3rd day of June, 2021.

SUSAN P. WATTERS
United States District Court Judge

1